UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* BRYAN QUESENBERRY,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO TRANSPORT, INC.,<br><br>Defendant. | No. 2:20-cv-01826-DAD-JDP<br><br>ORDER REGARDING THE UNITED STATES' NOTICE OF PARTIAL INTERVENTION, PARTIAL DECLINATION, AND PARTIAL CONSENT TO DISMISSAL<br><br>(Doc. No. 25) |

Before the court is the United States' notice of partial intervention, partial declination, and partial consent to dismissal. (Doc. No. 25.) The United States has decided to intervene in this action as to defendant Fresno Transport, Inc. only and has declined to intervene in this action as to the other defendants (*id.*), who have already been dismissed (Doc. No. 29) from this action. Pursuant to the notice filed by the United States (Doc. No. 25), the court orders as follows:

1. The Clerk of the Court shall unseal the relator's complaint (Doc. No. 1) and the notice of partial intervention, partial declination, and partial consent to voluntary dismissal filed by the United States (Doc. No. 25);

2. This order shall not be sealed;

3. All other paper or orders on file in this matter shall remain under seal;

/////

1

4. The seal shall be lifted on all matters occurring in this action after the date of this order;

5. The United States shall serve its complaint upon defendant, together with this order, within sixty (60) days;

6. The relator shall serve its complaint (Doc. No. 1) upon defendant within thirty (30) days; and

7. The court also confirms that, as a plaintiff-intervenor, the United States shall be served with all filings in this action.

IT IS SO ORDERED.

Dated: **June 8, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE